```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```




FILED

DEC 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cv-03062-FCD-DAD |
| ) | |
| Plaintiff, ) | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. ) | |
| 2008 BOMBARDIER GTX LTD JET SKI, SERIAL NUMBER: YDV18766A808, LICENSE NO: KR5489FC, ) | |
| Defendant. ) | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on December 17, 2008, in the United States District Court for the Eastern District of California, alleging that the defendant 2008 Bombardier GTX LTD Jet Ski, Serial Number: YDV18766A808, License No: KR5489FC (hereafter "defendant jet ski"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Department of Treasury, Internal Revenue Service, Criminal Investigation

Special Agent, Paul Howard, there is probable cause to believe that the defendant jet ski so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant jet ski.

Dated: 12/22/08

CRAIG M. KELLISON
United States Magistrate Judge