```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-03062-FCD-DAD |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| 2008 BOMBARDIER GTX LTD JET SKI, SERIAL NUMBER: YDV18766A808, LICENSE NO: KR5489FC, | |
| Defendant. | |

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

1

1    3.  The defendant 2008 Bombardier GTX LTD Jet Ski, Serial
2 Number: YDV18766A808, License No: KR5489FC (hereafter "defendant
3 jet ski") was seized in the city of Red Bluff, in Tehama County,
4 California.  The Drug Enforcement Administration published notice
5 of the non-judicial forfeiture of the defendant jet ski on
6 October 17, 2008, in The Wall Street Journal.
7    4.  Plaintiff proposes that publication be made as follows:
8       a.  One publication;
9       b.  Thirty (30) consecutive days;
10      c.  On the official internet government forfeiture
11 site www.forfeiture.gov;
12      d.  The publication is to include the following:
13          (1)  The Court and case number of the action;
14          (2)  The date of the arrest/seizure;
15          (3)  The identity and/or description of the
16 property arrested/seized;
17          (4)  The name and address of the attorney for the
18 Plaintiff;
19          (5)  A statement that claims of persons entitled
20 to possession or claiming an interest pursuant to Supplemental
21 Rule G(5) must be filed with the Court and served on the attorney
22 for the Plaintiff no later than 60 days after the first day of
23 publication on the official internet government forfeiture site;
24 and
25          (6)  A statement that answers to the Complaint or
26 a motion under Rule 12 of the Federal Rules of Civil Procedure
27 ("Fed. R. Civ. P.") must be filed and served within 20 days after
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Dec. 17, 2008           McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant United States Attorney


**ORDER**

   IT IS SO ORDERED.

DATED: January 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jetski3062.ord

3