```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-cv-03062-FCD-DAD |
|---|---|
| Plaintiff, | ) FINDINGS AND RECOMMENDATIONS |
| v. | ) |
| 2008 BOMBARDIER GTX LTD JET SKI, SERIAL NUMBER: YDV18766A808, LICENSE NO: KR5489FC, | ) |
| Defendant. | ) |

This matter came before the Honorable Judge Dale A. Drozd on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant jet ski to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1. This action arose out of a Verified Complaint for Forfeiture In Rem filed December 17, 2008.

    2. Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimant Linsey Moore.

1

3. Plaintiff has shown that a complaint for forfeiture was filed; that the government attempted to personally serve and provide notice to Linsey Moore; that potential claimant Linsey Moore was provided notice of the forfeiture action through her attorney of record, David W. Dratman; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Linsey Moore be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimant Linsey Moore in the defendant jet ski;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant jet ski to the United States of America, to be disposed of according to law; and

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Frank C. Damrell, Jr. and filed by the Clerk of the Court.

DATED: April 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/U.S.v.2008Bombardier3062.f&r